AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

CAROLYN JONES, TAMARA GIBSON, individually and on behalf of her infant daughter, O'LIVIA GIBSON, ALICIA HARRIS, individually and on behalf of her infant daughter, ELIZABELLA PARCHMENT, SHAREEKAH JONES, individually

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND W. KELLY, CAPTAIN KEVIN HARRINGTON, POLICE OFFICER JOHN L. VERRILLI, JOHN DOE ##1-25,

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 CV 10292

TO: (Name and address of defendant)

The City of New York
100 Church St.
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leo Glickman, Esq.
Stoll & Glickman, L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DEC 08 2005
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 08 DEC 2005 |
|---|---|
| NAME OF SERVER *(PRINT)* CHRISTOPHER NEFF | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other *(specify)*: LEFT COPIES THEREOF AT DEFENDANT'S PLACE OF BUSINESS WITH A PERSON OF SUITABLE AGE: MADELYN SANTANA, A HISPANIC WOMAN IN HER 30s WITH DARK HAIR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08 DEC 05
Date

[signature]
Signature of Server

9 4TH ST 2F BROOKLYN 11231
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.